**CREATIVE COMPOUNDS, LLC,**
Plaintiff–Appellant,

v.

**STARMARK LABORATORIES,**
Defendant–Appellee.

No. 2010–1445.

United States Court of Appeals,
Federal Circuit.

Sept. 23, 2010.

Before PROST, Circuit Judge.

## ON MOTION

### ORDER

Creative Compounds, LLC submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the Southern District of Florida on July 13, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

Starmark Laboratories is directed to respond no later than October 8, 2010.